In the Matter of REALTY ASSOCIATES SECURITIES COR-
PORATION, Appellant.
H. L. F. REALTY Co., INC., Respondent.

(Submitted March 12, 1935; decided April 16, 1935.)

504

*Lynn G. Goodnough* for appellant.

*Isidor Mates, Joseph J. Schwartz* and *Joseph Mates* for respondent.

*Per Curiam.* The order herein should be modified by adding the sum of $1,683.31 to the sum of $840.17 as surplus, and as so modified affirmed, with costs in all courts to appellant.

LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ., concur; CRANE, Ch. J., not sitting.

Ordered accordingly.